No. 93–6478. WALKER *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied.

No. 93–6480. TALON *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–6491. MASONER *v.* THURMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6493. BERGMANN *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–6506. JENNINGS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 93–6520. GORDON *v.* FRANK, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6528. MEYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6532. MCCRIMMON *v.* SUMNER, DIRECTOR OF NEVADA PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6540. JOHNAKIN *v.* VAUGHN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6544. MCALEESE *v.* MAZURKIEWICZ, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6548. HARRISON *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 93–6557. LAGER *v.* JONES. C. A. 8th Cir. Certiorari denied.

No. 93–6592. GHAZIBAYAT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.